\*\*E-Filed 8/18/2011\*\*

| | |
|---|---|
| COOLEY LLP<br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. BROWN (196972)<br>(brownmd@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Defendant Facebook, Inc.<br><br>REESE RICHMAN LLP<br>MICHAEL R. REESE (206773)<br>(michael@reeserichman.com)<br>875 Avenue of the Americas, 18th Floor<br>New York, New York 10001<br>Telephone: (212) 643-0500<br>Facsimile: (212) 253-4272<br><br>Attorneys for Plaintiffs | MILBERG LLP<br>JEFF S. WESTERMAN (94559)<br>(jwesterman@milberg.com)<br>DAVID E. AZAR (218319)<br>(dazar@milberg.com)<br>One California Plaza<br>300 S. Grand Avenue, Suite 3900<br>Los Angeles, CA 90071<br>Telephone: (213) 617-1200<br>Facsimile: (213) 617-1975<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN UNG, CHI CHENG and ALICE ROSEN, on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | Case No. 11-CV-02829-JF-PSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC (CIV. L.R. 6-1(B))**<br><br>Courtroom: 3<br>Judge: Jeremy Fogel<br>Trial Date: None Set |

This Stipulation is entered into by and among plaintiffs Ryan Ung, Chi Cheng, and Alice Rosen (collectively "Plaintiffs") and defendant Facebook, Inc. ("Facebook") (Plaintiffs and Facebook collectively "the Parties"), by and through their respective counsel.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

STIPULATION & [PROPOSED] ORDER RE
CONTINUANCE OF CMC
CASE NO. 10-CV-02829-JF-PSG

1  WHEREAS, on July 20, 2011, Facebook filed a Motion to Dismiss Plaintiffs' Class Action Complaint;

2  WHEREAS, pursuant to a stipulated Order, Plaintiffs' opposition to the Motion to Dismiss is due on September 1, 2011, and Facebook's reply in support of the Motion to Dismiss is due on September 28, 2011;

3  WHEREAS, pursuant to the stipulated Order, the earliest date for hearing the Motion to Dismiss would be October 12, 2011;

4  WHEREAS, based on communications with this Court's staff, the Parties understand that Judge Fogel, to whom this action is assigned, will be leaving the bench in October 2011 to become Director of the Federal Judicial Center, at which time this case will be reassigned to a new Judge;

5  WHEREAS, this Court instructed the Parties to submit their briefing on the Motion to Dismiss and that a hearing date and time will be set once the case is reassigned to a new Judge;

6  WHEREAS, a Case Management Conference currently is scheduled for August 26, 2011, at 10:30 a.m.;

7  WHEREAS, the Parties believe that it would be a more efficient use of the Court's and the Parties' resources to hold the Case Management Conference once briefing on the Motion to Dismiss has been completed and once the case has been reassigned to a new Judge;

8  WHEREAS, there have been no previous modifications to the Case Management Conference date; and

9  WHEREAS, the agreed-upon continuance of the Case Management Conference date would not affect any other aspect of the case schedule.

NOW, THEREFORE, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. The Case Management Conference currently scheduled for August 26, 2011, at 10:30 a.m., is vacated.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION & [PROPOSED] ORDER RE
CONTINUANCE OF CMC
CASE NO. 10-CV-02829-JF-PSG

2. The Case Management Conference will be reset once the case is reassigned to a new Judge, to be held on or after October 12, 2011 (the earliest date for hearing the Motion to Dismiss pursuant to an earlier-entered stipulated Order).

**IT IS SO STIPULATED.**

Dated: August 16, 2011                COOLEY LLP

/s/ Matthew D. Brown
Matthew D. Brown
Attorneys for Defendant FACEBOOK, INC.

Dated: August 16, 2011                REESE RICHMAN LLP

/s/ Michael R. Reese
Michael R. Reese
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: August  18 , 2011

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION & [PROPOSED] ORDER RE
CONTINUANCE OF CMC
CASE NO. 10-CV-02829-JF-PSG

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Matthew D. Brown, attest that concurrence in the filing of this STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CMC has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of August, 2011, at San Francisco, California.

/s/ Matthew D. Brown
Matthew D. Brown

1231696 v1/SF

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION & [PROPOSED] ORDER RE
CONTINUANCE OF CMC
CASE NO. 10-CV-02829-JF-PSG